# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **DANIEL JAMES NICHOLS,** <br><br> Defendant. | CR 12-8-H-DLC <br><br><br> **ORDER GRANTING <br> UNITED STATES' MOTION <br> TO UNSEAL INDICTMENT** |

The United States has moved the Court to unseal the superseding indictment in this matter. Based on the government's motion, and good cause appearing in support thereof, IT IS HEREBY ORDERED that the Superseding Indictment in this case is unsealed.

DATED this 18th day of April, 2012.

                                         /s/ Jeremiah C. Lynch
                                         JEREMIAH C. LYNCH
                                         United States Magistrate Judge