JOSEPH E. THAGGARD
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: joseph.thaggard@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



**FILED**

DEC 18 2012

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 12-8-H-DLC |
|---|---|
| Plaintiff, | **FINAL SETTLEMENT OF PARTIES** |
| vs. | |
| CHRISTOPHER WAYNE WILLIAMS, | |
| Defendant. | |

The Defendant stands convicted following a jury verdict of: Count I, conspiracy to manufacture, possess with intent to distribute to

distribute and to distribute marijuana, a violation of 21 U.S.C. § 846; Count II, manufacture a marijuana, a violation of 21 U.S.C. § 841(a)(1); Counts III and IV, possession of marijuana with intent to distribute, violations of 21 U.S.C. § 841(a)(1); and Counts V-VIII, possession of a firearm in furtherance of a drug trafficking crime, a violation of 18 U.S.C. § 924(c)(1)(A). Sentencing is set for January 4, 2013 Based on the settlement conference held with the Court, the parties agree and stipulate as follows:.

1. The Defendant will be sentenced on Count III and Count VI only. Count III carries a maximum term of imprisonment of five years. Count VI carries a mandatory minimum term of five years imprisonment and a maximum term of life imprisonment;

2. With the Defendant's consent, Counts I, II, IV, V, VII, and VIII will be dismissed with prejudice at the conclusion of sentencing for Counts III and VI;

3. All pending motions for acquittal and for a new trial are withdrawn;

4. The parties waive their right to appeal from the convictions and sentence for Counts III and VI;

5. The Defendant waives any right to maintain any action to vacate the convictions and sentence under 28 U.S.C. § 2255, including for any cause of action under *Missouri v. Frye*, 132 S.Ct. 1399 (2012). The parties acknowledge this agreement constitutes the final and best offer to resolve this matter;

6. The government will move the Court to dismiss the $1,728,000 criminal forfeiture for proceeds awarded to the government against the Defendant by the jury;

7. The Defendant withdraws opposition to forfeiture of the bank accounts identified in the indictment and superseding indictment and that were forfeited to the government at trial; and

//

//

//

//

//

//

//

//

8. The government does not oppose the Defendant's motion to continue sentencing.

_____  
JOSEPH E. THAGGARD  
Assistant U.S. Attorney  
Attorney for Plaintiff

12/18/12  
Date

_____  
MICHAEL DONAHOE  
Assistant Federal Defender  
Attorney for Defendant

12-18-12  
Date

_____  
CHRISTOPHER WAYNE WILLIAMS  
Defendant

12-18-12  
Date

12-18-2012  
U.S. Dist. Judge